JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. EDCV 10-01947 VAP |
|---|---|
| Plaintiff, | ) Related Case No. EDCR 10-01947-VAP |
| v. | ) **JUDGMENT** |
| MARIO PENA-LLANAS, | ) |
| Defendant. | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Motion is DENIED and the action DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 31, 2011

VIRGINIA A. PHILLIPS
United States District Judge